Amber N. Dina (ISB No. 7708)
GIVENS PURSLEY LLP
601 W. Bannock Street
Post Office Box 2720
Boise, Idaho  83701-2720
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
amberdina@givenspursley.com
16019688_1 [006059-0139]

Attorneys for Wells Fargo Equipment Finance, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | Case No. 21-20463-NGH |
|---|---|
| CRAIG FROST, | Chapter 11 |
| Debtor. | Subchapter V |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

NOTICE IS HEREBY GIVEN that Amber N. Dina of Givens Pursley LLP, hereby enters her appearance on behalf of Wells Fargo Equipment Finance, Inc.  Request is also made that notice of all hearings, pleadings, and other papers in this matter be given to the undersigned counsel by ECF service or mailing such to Amber N. Dina at Givens Pursley LLP, 601 W. Bannock St., Boise, Idaho 83701.

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE - 1**

DATED this 14th day of January, 2022.

                                                       GIVENS PURSLEY LLP

                                                      By */s/ Amber N. Dina*
                                                          Amber N. Dina
                                                          Attorneys for Wells Fargo Equipment Finance, Inc.

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of January, 2022, I filed the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Aaron J. Tolson**
ajt@aaronjtolsonlaw.com

**U.S. Trustee**
ustp.region18.bs.ecf@usdoj.gov

**Brett R. Cahoon**
ustp.region18.bs.ecf@usdoj.gov

**Christy Brandon**
christy@brandonlawfirm.com

**Jesse A.P. Baker**
ecfidb@aldridgepite.com
JPB@ecf.courtdrive.com

**Jason Thomas Piskel**
jpiskel@pyklawyers.com
rbrooke@pyklawyers.com

**Safa Michael Riadh**
safa@lawyercda.com
erinewebb@yahoo.com
riadhsr45791@notify.bestcase.com
r45791@notify.bestcase.com

**David M. Swartley**
bknotice@mccarthyholthus.com
dswartley@ecf.courtdrive.com

AND, I FURTHER CERTIFY that on such date I served the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** on the following non-CM/ECF Registered Participants in the manner indicated:

Craig Frost
5868 Maplewood Ave.
Post Falls, ID 83854

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

        */s/ Amber N. Dina*
        Amber N. Dina

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE - 3**