Aaron J. Tolson, Esq.
TOLSON & WAYMENT, PLLC
1906 Jennie Lee Drive
Idaho Falls, Idaho, 83404
Email: ajt@aaronjtolsonlaw.com
Telephone: 208-228-5221
Fax: 208-228-5200
I.S.B. #6558

Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: ) | Case No. 21-20463-NGH |
| ) | |
| CRAIG FROST, ) | CHAPTER 11 |
| ) | |
| Debtor. ) | |
| ) | |

**APPLICATION FOR INTERIM COMPENSATION--11 USC ' 331**

Applicant, Aaron J. Tolson, respectfully represents:

1.      This Application for Interim Compensation is made pursuant to 11 USC '331 and Federal Rule of Bankruptcy Procedure 2016.

2.      Aaron J. Tolson has acted as attorney for debtor, in the above entitled proceedings, having filed an application to be employed on 12/23/2022, an amended Application by negative notice to be employed due to a request by the US Trustee on 2/11/2022, which has not been objected to, and an order submitted to the court.

3.      An affidavit of services rendered, time expended, expenses incurred, and the amounts requested for such professional services is submitted in support of this application.

1 -     APPLICATION FOR INTERIM COMPENSATION - 11 USC ' 331

4. The hourly rate charged by Aaron J. Tolson and his partner, Andrew M. Wayment, is $250.00 per hour. Aaron J. Tolson now requests the amount of $49,029.00 for such services.

5. The fees requested by Tolson & Wayment, PLLC constitute reasonable compensation for actual and necessary services rendered and the expenses for such reimbursement is sought constitute actual necessary expenses.

6. No compensation has been received for such services from the Debtor or any other person, except a retainer as follows:

    a. Debtor paid a payment to Tolson & Wayment, PLLC on December 8, 2021 in the amount of $11,717.00.

7. Aaron J. Tolson represents no interest adverse to that of the debtor. No agreement or understanding exists between the applicant and any other person for the sharing of compensation received or to be received for services rendered in or in connection with the case.

WHEREFORE, Aaron J. Tolson requests that he be allowed the sum of $49,029.00, or such amount as to the court shall seem reasonable and just, out of the estate, as part of the costs and expenses of administration of the estate.

DATED this 23rd day of November, 2022.

                                               /s/ Aaron J. Tolson
                                               Aaron J. Tolson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 2̲3̲, 2022, I filed a copy of the attached document with the Court via CM/ECF and the following parties are reflected as receiving the Notice of Electronic Filing as CM/ECF Registered Participants:

Jesse A.P. Baker     ecfidb@aldridgepite.com
Brett R Cahoon     ustp.region18.bs.ecf@usdoj.gov
Amber Nicole Dina     amberdina@givenspursley.com, wandawhite@givenspursley.com; kad@givenspursley.com; lindahiggins@givenspursley.com
R. David Ferguson     bankruptcy@kcgov.us, bankruptcy@kcgov.us
William M Humphries     bill.humphries@usdoj.gov, jessica.black@usdoj.gov
Jed W. Manwaring     jmanwaring@evanskeane.com, valerie@evanskeane.com
Benjamin McDonnell     ben@pyklawyers.com
Jason Thomas Piskel     jpiskel@pyklawyers.com, rbrooke@pyklawyers.com
Safa Michael Riadh     safa@lawyercda.com, erinewebb@yahoo.com, riadhsr45791@notify.bestcase.com, r45791@notify.bestcase.com
David M Swartley     bknotice@mccarthyholthus.com, dswartley@ecf.courtdrive.com
Aaron J Tolson     ajt@aaronjtolsonlaw.com
US Trustee     ustp.region18.bs.ecf@usdoj.gov

I further certify that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

/s/ Aaron J. Tolson
Aaron J. Tolson
Attorney at Law

3 -     APPLICATION FOR INTERIM COMPENSATION - 11 USC ' 331

# EXHIBIT A

## SUMMARY SHEET

Fees Previously Requested:   $0.00

Fees Previously Awarded:  $0.00

Expenses Previously Requested:  $0.00

Expenses Previously Awarded:  $0.00

Retainer Paid:

NAME OF APPLICANT:  Aaron J. Tolson

ROLE IN CASE:   Attorney for Debtor

CURRENT APPLICATION:

Fees Requested:      $ 47,840.00
Expenses Requested:  $ 1,189.00
Total Requested:     $ 49,029.00

| HOURS BILLED ||||| 
|---|---|---|---|---|
| Name of Professional | Years in Practice | Current Application | Hourly Rate | Total for Application |
| Aaron J. Tolson | 20 | 189.0 | $250.00 | $47,240.00 |
| Andrew M. Wayment | 20 | 2.0 | $250.00 | $ 500.00 |
| Holly Pattee | Paralegal | 1.0 | $100.00 | $ 100.00 |
|  |  |  |  |  |

Total Fees:   $ 47,840.00
Total Costs:  $ 1,189.00
TOTAL:        $ 49,029.00

# EXHIBIT B

## TOLSON & WAYMENT PLLC

| DATE | PROF. | MATTER ID/ DESCRIPTION NARRATIVE | UNITS | RATE | EXACT AMOUNT |
|---|---|---|---|---|---|
| **CASE ADMINISTRATION** | | | | | |
| 12/27/21 | AJT | Reviewed 341 instructions with client | 1.1 | $250.00 | $275.00 |
| 12/27/21 | AJT | Worked on Motion for Turnover and instructions | 1.3 | $250.00 | $325.00 |
| 12/28/21 | AJT | Worked on Motion for Turnover | 0.1 | $250.00 | $25.00 |
| 12/28/21 | AMW | Worked on Motion for Turnover and prepared email to Aaron | 0.8 | $250.00 | $200.00 |
| 12/29/21 | AJT | Reviewed email from Rob Maynes with form and finalized Motion for Turnover | 0.5 | $250.00 | $125.00 |
| 01/10/22 | AJT | Researched past debt | 4.0 | $250.00 | $1,000.00 |
| 01/10/22 | AJT | Put together TRO and Affidavit | 5.0 | $250.00 | $1,250.00 |
| 01/15/22 | AJT | Forwarded Information to Trustee | 1.0 | $250.00 | $250.00 |
| 01/18/22 | AJT | Prepared for 341 | 4.0 | $250.00 | $1,000.00 |
| 01/19/22 | AJT | Prepared for and finished IDI | 3.5 | $250.00 | $875.00 |
| 03/02/22 | AJT | Worked with client on MOR's | 1.0 | $250.00 | $250.00 |
| 04/11/22 | AJT | Chapter 11 Plan and disclosure with answers | 8.0 | $250.00 | $2,000.00 |
| 04/12/22 | AJT | Continued Chapter 11 Plan and disclosures | 8.0 | $250.00 | $2,000.00 |
| 05/13/22 | AJT | Drafted plan and disclosure | 5.0 | $250.00 | $1,250.00 |
| 06/02/22 | AJT | Revised plan and disclosure | 5.0 | $250.00 | $1,250.00 |
| 06/03/22 | AJT | Put together Witness and Exhibit Lists and Emails for submission by June 20 | 3.9 | $250.00 | $975.00 |
| 06/11/22 | AJT | Reviewed emails, values and BPO's | 1.2 | $250.00 | $300.00 |
| 06/16/22 | AJT | Drafted responsive pleadings to various objections | 3.5 | $250.00 | $875.00 |
| 06/21/22 | AJT | Reviewed and filed monthly operating report | 0.4 | $250.00 | $100.00 |
| 06/21/22 | AJT | Worked on fee request | 3.0 | $250.00 | $750.00 |
| 06/23/22 | AJT | Reviewed disclosure statement objection | 0.8 | $250.00 | $200.00 |
| 06/23/22 | AJT | Worked on revised disclosure | 1.9 | $250.00 | $475.00 |
| 06/27/22 | AJT | Traveled to court and prepared for trial | 6.0 | $250.00 | $1,500.00 |
| 07/12/22 | AJT | Worked on Eviction Issues | 8.0 | $250.00 | $2,000.00 |
| 07/13/22 | AJT | Researched Motion to evict Marks | 4.6 | $250.00 | $1,150.00 |
| 09/01/22 | AJT | Discovery to Tommy Marks, finalizing response to exemption issue | 3.5 | $250.00 | $875.00 |
| 09/17/22 | AJT | Worked on new disclosure statement | 3.2 | $250.00 | $800.00 |
| 09/19/22 | AJT | Worked on new disclosure statement | 2.0 | $250.00 | $500.00 |
| 09/20/22 | AJT | Worked on answers to discovery for Marks and Ristick case | 2.3 | $250.00 | $575.00 |
| 09/20/22 | AJT | Worked on disclosure statement | 2.1 | $250.00 | $525.00 |
| 09/21/22 | AJT | Worked on disclosure statement | 0.2 | $250.00 | $50.00 |
| 09/22/22 | AJT | Draft and review on disclosure statement | 4.0 | $250.00 | $1000.00 |
| 09/22/22 | AJT | Filed disclosure statement with the court | 2.0 | $250.00 | $500.00 |
| 10/21/22 | HP | Filing MOR | 0.4 | $100.00 | $40.00 |

| 10/28/22 | AJT | Worked on 363 Sale Motion | 1.4 | $250.00 | $350.00 |
| --- | --- | --- | --- | --- | --- |
| 10/28/22 | AJT | Worked on Real Estate Agent Application | 0.5 | $250.00 | $125.00 |
| 10/28/22 | AJT | Worked on Marks Adversary Proceeding | 0.3 | $250.00 | $75.00 |
| 11/01/22 | AJT | Motion to hire realtor | 0.4 | $250.00 | $100.00 |
| 11/05/22 | AJT | Status Report | 0.3 | $250.00 | $75.00 |
| 11/08/22 | AJT | Application for compensation | 8.0 | $250.00 | $2,000.00 |
| 11/10/22 | AJT | Final Report | 3.2 | $250.00 | $800.00 |
| **ASSET ANALYSIS AND RECOVERY** | | | | | |
| | | | | | |
| **ASSET DISPOSTION** | | | | | |
| | | | | | |
| **RELIEF FROM STAY / ADEQUATE PROTECTION PROCEEDINGS** | | | | | |
| | | | | | |
| **MEETINGS OF AND COMMUNICATIONS WITH CREDITORS** | | | | | |
| 01/20/22 | AJT | 341 Hearing | 2.8 | $250.00 | $700.00 |
| 02/24/22 | AJT | Continued 341 | 2.5 | $250.00 | $625.00 |
| 03/03/22 | AJT | Continued 341 | 3.0 | $250.00 | $750.00 |
| 03/10/22 | AJT | Continued 341 | 2.1 | $250.00 | $525.00 |
| 05/16/22 | AJT | Hearing on Frost about homestead exemption | 1.0 | $250.00 | $250.00 |
| 05/20/22 | AJT | Pretrial with Jed Manwaring and emails | 2.0 | $250.00 | $500.00 |
| 05/24/22 | AJT | Hearing and Hearing Preparation | 2.0 | $250.00 | $500.00 |
| 06/09/22 | AJT | Listened to Hearing for Barbara Ristick | 0.4 | $250.00 | $100.00 |
| 06/13/22 | AJT | Hearing on Motion | 2.9 | $250.00 | $725.00 |
| 06/28/22 | AJT | Hearing on Motion and travel | 10.2 | $250.00 | $2,550.00 |
| 07/05/22 | AJT | Hearing on Spanway MTLS | 2.9 | $250.00 | $725.00 |
| 07/06/22 | AJT | Hearing on Idaho Homestead and researched Washington Homestead/calls and texts with clients | 3.4 | $250.00 | $850.00 |
| 08/15/22 | AJT | Hearing on Motion for Temporary Restraining Order | 2.9 | $250.00 | $725.00 |
| 08/24/22 | AJT | Conference call with Jed Manwaring | 0.3 | $250.00 | $75.00 |
| 08/25/22 | AJT | Call with client and handling pretrial conference, shell discovery response and discover to Mr. Marks | 3.3 | $250.00 | $825.00 |
| 08/19/22 | AJT | Karma Habitation Motion to Lift Stay Hearing | 3.1 | $250.00 | $775.00 |
| 11/10/22 | AJT | Hearing in Boise | 10.0 | $250.00 | $2,500.00 |
| **FEE / EMPLOYMENT APPLICATIONS** | | | | | |
| | | | | | |
| **OTHER CONTESTED MATTERS** | | | | | |
| | | | | | |
| **BUSINESS OPERATIONS** | | | | | |
| 12/28/21 | AJT | Call with client | 0.1 | $250.00 | $25.00 |
| 12/28/21 | AJT | Reviewed email from client and printed complaint | 0.2 | $250.00 | $50.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/29/21 | AJT | Prepared email to Rob Maynes seeking form | 0.1 | $250.00 | $25.00 |
| 01/06/22 | AMW | Reviewed email from client and prepared email to Aaron | 0.3 | $250.00 | $75.00 |
| 01/15/22 | AJT | Call with client | 1.0 | $250.00 | $250.00 |
| 01/27/22 | AJT | Call with IRS | 0.4 | $250.00 | $100.00 |
| 04/18/22 | AJT | Call with client | 0.4 | $250.00 | $100.00 |
| 05/12/22 | AJT | Call with client | 1.0 | $250.00 | $250.00 |
| 06/02/22 | AJT | Call with client and Brett Cahoon | 1.0 | $250.00 | $250.00 |
| 06/23/22 | AJT | Call with client | 0.5 | $250.00 | $125.00 |
| 06/27/22 | AJT | Calls and emails to change hearing due to plane delay | 0.7 | $250.00 | $175.00 |
| 07/05/22 | AJT | Call with client and review of emails | 1.2 | $250.00 | $300.00 |
| 07/05/22 | AJT | Call with eviction place | 0.3 | $250.00 | $75.00 |
| 07/25/22 | AJT | Calendaring | 0.6 | $250.00 | $150.00 |
| 08/23/22 | AJT | Call with client | 1.0 | $250.00 | $250.00 |
| 08/24/22 | AJT | Call with client | 0.4 | $250.00 | $100.00 |
| 08/30/22 | AJT | Call with client | 0.4 | $250.00 | $100.00 |
| 09/06/22 | AJT | Call with client and negotiations with Karma, creating amended plan | 5.9 | $250.00 | $1,475.00 |
| 09/15/22 | AJT | Call with client | 0.8 | $250.00 | $200.00 |
| 09/29/22 | AJT | Call with client | 0.7 | $250.00 | $175.00 |
| 10/06/22 | AJT | Call with Jed Manwaring | 0.3 | $250.00 | $75.00 |
| 10/12/22 | AJT | Call with client | 0.4 | $250.00 | $100.00 |
| 10/13/22 | AJT | Call with client | 0.4 | $250.00 | $100.00 |
| 10/14/22 | AJT | Call with client | 0.9 | $250.00 | $225.00 |
| 10/31/22 | AJT | Call with client | 0.6 | $250.00 | $150.00 |
| 11/02/22 | AJT | Calls with client about converting to a Chapter 7 | 0.8 | $250.00 | $200.00 |
| 11/03/22 | AJT | Call with client | 0.3 | $250.00 | $75.00 |
| 11/17/22 | AJT | Call with Patrick Geile | 0.7 | $250.00 | $175.00 |
| **CLAIMS ADMINISTRATION AND OBJECTIONS** | | | | | |
| | | | | | |
| **COSTS** | | | | | |
| 03/03/22 | | Bankruptcy Filing Fee | | | $32.00 |
| 06/02/22 | | Air Travel Fee | | | $369.00 |
| 06/21/22 | | Filing Fee | | | $350.00 |
| 11/03/22 | | Travel Fee | | | $438.00 |

| | | |
|---|---|---|
| AJT | Aaron J. Tolson | $ 43,839.00 |
| AMW | Andrew M. Wayment | $ 275.00 |
| HP | Holly Pattee | $ 40.00 |
| | **TOTAL** | $ 57,992.00 |

# EXHIBIT C

## NARRATIVE SHEET

| | INFORMATION REQUESTED | INFORMATION GIVEN |
|---|---|---|
| I. | BACKGROUND:<br>The background information of the bankruptcy case, to the best of Applicant's knowledge is as follows: | |
| A. | Date the bankruptcy petition was filed. | December 22, 2022 |
| B. | Date of the "Order Authorizing Employment of Counsel". | |
| C. | Date services commenced. | December 6, 2022 |
| D. | Rate applicant charges its non-bankruptcy clients for similar services. | Same as bankruptcy clients: $250.00 per hour for attorneys; $75.00 per hour for paralegals |
| E. | Application is final interim. | First |
| F. | Time period of the services or expenses covered by the Application. | December 6, 2022 through July 31, 2022 |
| | | |
| II. | CASE STATUS:<br>To the best of the Applicant's knowledge, the financial condition and status of the case is as follows: | |
| A. | The amount of case on hand or on deposit in the estate. | See Reports |
| B. | Amount and nature of accrued unpaid, administrative expenses. | Unknown |
| C. | The amount of unencumbered funds in the estate. | Unknown |
| | | |
| III. | PROJECT SUMMARY:<br>Description of each professional project or task for which compensation and reimbursement is sought. | |
| A. | Description of projects | See attached Exhibit B. |

| B. | Necessity of projects | See attached Exhibit B. |
|---|---|---|
| C. | Benefit of projects to the estate. | See attached Exhibit B. |
| D. | Status of project. | Final |
| E. | Identification of each person providing services on the projects | See attached Exhibit A. |
| F. | Number of hours spent, and the amount of compensation requested for each professional and para-professional. | See attached Exhibit A. |
| G. | Itemized time and services entries. | See attached Exhibit B. |